1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 AMIR MASOUD ZARKESH,              )
                                     )  No. C 07-2459 PVT
13         Plaintiff,                )
                                     )
14     v.                            )
                                     )  **PARTIES' CONSENT TO MAGISTRATE**
15 ALBERTO GONZALES, Attorney General)  **JUDGE JURISDICTION**
   of the United States; MICHAEL CHERTOFF, )
16 Secretary, Department of Homeland Security; )
   DAVID N. STILL, Director, San Francisco )
17 Office, U.S. Citizenship and Immigration )
   Services; EMILIO GONZALEZ, Director, U.S. )
18 Citizenship and Immigration Services; )
   ROBERT S. MUELLER, III, Director, Federal )
19 Bureau of Investigation,          )
                                     )
20         Defendants.               )
   _____)
21

22     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and

23 the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24 conduct any and all further proceedings in the case, including trial, and order the entry of a final

25 judgment.

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C07-2459 PVT                                    1

| | |
|---|---|
| 1  Date: July 11, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS |
| 3 | United States Attorney |
| 4 | |
| 5 | _____ |
| 6 | EDWARD A. OLSEN |
|   | Assistant United States Attorney |
|   | Attorneys for Defendants |
| 7 | |
| 8 | |
| 9  Date: July 7, 2007 | _____ |
| 10 | GABRIEL D. JACK |
|    | Attorney for Plaintiff |

Consent to Magistrate Jurisdiction
C07-2459 PVT                                    2