| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915 |
| | FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AMIR MASOUD ZARKESH,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; DAVID N. STILL, Director, San Francisco Office, U.S. Citizenship and Immigration Services; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,

    Defendants.

No. C 07-2459 PVT

**STIPULATION TO DISMISS and [PROPOSED] ORDER**

    Plaintiff, and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-2459 PVT                                              1

| | |
|---|---|
| Date: July \_\_, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: July \_\_, 2007 | _____<br>GABRIEL D. JACK<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge