SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMIR MASOUD ZARKESH,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; DAVID N. STILL, Director, San Francisco Office, U.S. Citizenship and Immigration Services; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,<br><br>Defendants. | No. C 07-2459 PVT<br><br>STIPULATION TO DISMISS and [PROPOSED] ORDER |

Plaintiff, and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-2459 PVT                                              1

| | | |
|---|---|---|
| 1 | Date: July 11, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

*[signature]*

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July 7, 2007

*[signature]*

GABRIEL D. JACK
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/31/07

*[signature]* PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Dismiss
C07-2459 PVT

2